## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Benita Toussant,<br><br>        Plaintiff,<br><br>  vs.<br><br>United Consumer Financial Services, et al.,<br><br>        Defendants. | Case No.:  3:10-cv-00412-AVC |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Defendant, United Consumer Financial Services, Inc., and Plaintiff, Benita Toussant ("Plaintiff") have reached a settlement in the above-captioned case. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 28, 2010

          Respectfully submitted,

          PLAINTIFF,
          Benita Toussant

          /s/ Sergei Lemberg
          Sergei Lemberg, Esq. (ct425027)
          LEMBERG & ASSOCIATES, L.L.C.
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile: (877) 795-3666
          slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court District of Connecticut ECF system and that the document is available on the ECF system.


By:   /s/ Sergei Lemberg
       Sergei Lemberg, Esq.